JERRY S. BUSBY
Nevada Bar #001107
COOPER LEVENSON, P.A.
1835 Village Center Circle
Las Vegas, Nevada 89134
(702) 366-1125
FAX: (702) 366-1857
jbusby@cooperlevenson.com

Attorneys for Defendant
SMITH'S FOOD & DRUG CENTERS, INC.

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| RUTH ESPINOZA, individually,<br><br>Plaintiff,<br><br>vs.<br><br>SMITH'S FOOD & DRUG CENTERS, INC., a Ohio Corporation, SMITH'S FOOD & DRUG CENTERS, INC., a Nevada Business Trust; and DOE PERSONS I through X, inclusive; and ROE CORPORATIONS XI through XX, inclusive,<br><br>Defendants. | CASE NO.: 2:18-cv-00112-GMN-GWF<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED by and between ALISON M. BRASIER, ESQ., of the law firm HICKS & BRASIER, PLLC., Attorneys for Plaintiff RUTH ESPINOZA, and JERRY S. BUSBY, ESQ., of the law firm COOPER LEVENSON, P.A., Attorneys for Defendant SMITH'S FOOD & DRUG CENTERS, INC., that:

1. Plaintiff RUTH ESPINOZA'S claims herein against Defendant SMITH'S FOOD & DRUG CENTERS, INC. shall be dismissed with prejudice, each party to bear their own attorney's fees and costs; and

///

///

///

///

///

CLAC 4554397.1

2. That any pending deadlines established by the Court and/or any hearings be vacated.

Respectfully submitted this 24th day of July, 2018.

| HICKS & BRASIER, PLLC | COOPER LEVENSON, P.A. |
|---|---|
| /s/ #9584 | /s/ #10911 |
| ALISON M. BRASIER, Esq.<br>Nevada Bar No.: 010522<br>4101 Meadows Lane - #210<br>Las Vegas, NV 89107<br>Attorneys for Plaintiff<br>ANDREA LINVILLE | JERRY S. BUSBY, ESQ.<br>Nevada Bar No.: 1107<br>1835 Village Center Circle<br>Las Vegas, NV 89134<br>Attorneys for Defendants<br>SMITH'S FOOD & DRUG CENTERS, INC. |

IT IS HEREBY ORDERED that this case is dismissed with prejudice, each party to bear their own fees and costs.

_____
UNITED STATES DISTRICT COURT JUDGE

DATED this __4__ day of August, 2018.

CLAC 4554397.1

2